FRED WOOD, Respondent, *v.* MARTIN SAUNDERS, Appellant.

(Submitted June 2, 1930; decided June 10, 1930.)

*Thomas J. Cuff* for motion.
*Benjamin Lifshitz* opposed.

Motion denied.